## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KEVIN ANTHONY MOORE,

     Plaintiff,

v.                               CASE NO. 3:20cv5725-MCR-HTC

JUDGE C. KINSEY, et al.,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 12, 2020. ECF No. 6. Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2.      This matter is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of November, 2020.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**